THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK COSTA, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FRANK J. BAUMERT and Others, Appellants, v. MANFRED MALKIN, Conducting Business under the Trade Name and Style of " THE MALKIN MUSIC SCHOOL," and Another, Respondents.— Judgment affirmed, with costs, on the authority of *Baumert* v. *Malkin* (189 App. Div. 858). Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MEYER KAPLAN, Doing Business under the Firm Name and Style of the RUGBY MANUFACTURING COMPANY, Appellant, v. AUGUST MILIUS and Others, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

EDWARD B. REDMAN, Appellant, v. VERPLEX ART COMPANY, INC., and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint upon payment of said costs and ten dollars costs of motions at Special Term. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JOSEPH KOROSTOFF and Others, Respondents, v. MAX DORF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CHARLES A. WEBBER and Another, Copartners, etc., Respondents, v. BON RAY HOTEL CORPORATION, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

WILLIAM PIERSON HAMILTON, Respondent, v. ROAMER SALES CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK H. GROSS, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CENTRAL SHOE CO., INC., Appellant, v. E. P. REED & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

A. A. LEVY CO., INC., Respondent, v. COLUMBIA OVERSEAS CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

HELEN POTTER MCGOVERN, Respondent, v. WILLIAM N. MCGOVERN, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CENTRAL BANKEN FOR NORGE, Respondent, v. BEDFORD PULP AND PAPER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.